UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In re: TIMOTHY RESLER and KIMBERLY RESLER,<br><br>Debtors.<br>_____<br><br>JANINE P. REYNARD, TRUSTEE<br><br>     Plaintiff,<br><br>     v.<br><br>GREEN VALLEY HOLDINGS, LLC, JEFFREY RESLER, and LORENE HILLMAN,<br><br>     Defendants. | Case No. 1:18-cv-00311-DCN<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On July 20, 2018, the Court granted Resler's Motion to Withdraw Reference in this case. Dkt. 3. As part of that order, the Court outlined that "the bankruptcy court will preside over all pretrial matters" and that "[i]f either party files a dispositive motion, the bankruptcy court will entertain that motion and submit . . . a recommendation for disposition to this Court." *Id.* at 3-4.

On March 4, 2019, Judge Myers issued a Report and Recommendation (Dkt. 4) on Hillman's Motion for Summary Judgment. In his Report, Judge Myers proposes that Hillmans' Motion be denied.

Upon receipt of said recommendation, the Court—pursuant to Federal Rules of Bankruptcy Procedure 9033(b)—gave the parties an opportunity to file any objections to Judge Myers' Report. Dkt. 5. None of the parties elected to file objections.

Pursuant to Federal Rules of Bankruptcy Procedure 9033(d), the Court has undertaking a de novo review of the applicable record and finds support for Judge Myers' analysis and conclusion on this matter. The Court incorporates by reference Judge Myers' Report and Recommendations and adopts it as its own findings.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation entered on March 4, 2019 (Dkt. 4), is ADOPTED IN ITS ENTIRETY.

2. Hillman's Motion for Summary Judgment (Dkt. 35 in Case No. 15-00477-TLM; Adv. No. 17-06008-TLM) is DENIED.

DATED: April 4, 2019

David C. Nye
Chief U.S. District Court Judge